IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3090 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JACOB BARRIENTES, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's co gpf gf "motion for order of temporary release, (filing no. 4; ), is granted, and

   1)   Provided defendant's mother, Jolene Alvardo, has arrived at the jail to transport the defendant, the Marshal is ordered to release the defendant from the Saline County Jail on O qpf c{, November 41, 2011 at 7:00 a.m.  If the defendant's mother has not arrived at the Saline County Jail by 8:00 a.m., the defendant shall not be released.

   2)   Jolene Alvarado shall provide all transportation for the defendant's attendance at the funeral in Grand Island for defendant's cousin, Eric Garcia.  Jolene Alvarado shall remain with the defendant throughout the day of November 41, 2011, and shall return the defendant to the Saline County Jail by no later than 6:00 p.m. on November 19, 2011.

   3)   A copy of this order shall be provided to the U.S. Marshal.  Vj g"eqwt vu"r tkqt "qtf gt. (filing no. 48), is withdrawn.
"

DATED this 16th day of November, 2011.

                                                _____
                                                United States Magistrate Judge